UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Aaron Airport Transportation, Inc. and Best Value Taxi, Inc.,

Case No.: 2:07-CV-83

Plaintiffs,

v.

**ORDER**

Lee County Port Authority,

Defendant.

---

This matter is before the Court on Defendant's Objections to the Report and Recommendation ("R&R") of Magistrate Judge Douglas N. Frazier dated June 30, 2009. Defendant's Objections actually come in the form of a Request for Clarification. Defendant filed a Bill of Costs asking the Clerk to tax costs of $2,352.80 to Plaintiffs. Plaintiffs did not object and the Clerk complied on March 27, 2009. Magistrate Judge Frazier did not find that Defendant was not entitled to the $2,352.80, but rather that there was "no support for the taxation of <u>additional</u> costs." R&R at 4-5 (emphasis added). Defendant does not object to Magistrate Judge Frazier's recommendation that Defendant's Motion to Recover Costs in addition to the $2,352.80 already taxed be denied.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (Docket No. 97) is **ADOPTED**;

2. Defendant's Motion for Attorney Fees and to Recover Costs (Docket No. 93) is **DENIED**; and

3. Defendant is entitled to recover the costs of $2,352.80 as taxed by the Clerk on March 27, 2009 (Docket No. 92).

Dated: Wednesday, July 22, 2009

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge